

RECEIVED
SEP 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

in re DAVID STEBBINS
Petitioner

CV25    80278MISC    SK

### PETITION FOR SUBOENA UNDER 17 USC §512(h)

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Petition for Issuance of Subpoena Duces Tecum pursuant to 17 USC § 512(h) in the above-styled action.

1. I not only ask that this subpoena be issued, but also that the US Marshal be ordered to serve it on the respondent, Alphabet, Inc., pursuant to FRCP 4(c)(3).

2. 17 USC § 512(h) authorizes any plaintiff to petition "any Court" (regardless of personal jurisdiction) for a subpoena to enforce their rights under "this title," aka Title 17 of the US Code.

3. This subpoena power is used mostly for copyright holders to obtain the identities of potential infringers. However, it can also be used by a victim of DMCA misrepresentation under 17 USC § 512(f) to obtain the identity of the one who issued the fraudulent DMCA Takedown. To prove this, I posted a question on Avvo, a website where anyone is allowed to post legal questions, but only those verified by the site as being licensed to practice law in at least one state are allowed to post answers. You can see the question I posted here: www.avvo.com/legal-answers/authorized/can-the-subpoena-power-under-17-usc---512-h--be-us-6234090.html?answer_id=11616107

4. Attorney Pamala Koslyn answered the question. She is stationed in Los Angeles, but has been counsel of record for a few cases in this District, namely Case 3:11-cv-03911-LB (Sutton v. Apple), Case 4:11-cv-02634-PJH (Deutsche v. First Republic), and Case 4:15-cv-03381-SBA (Specialized Bicycle v. Gresh). She answers thusly:

> "Yes, a subpoena that discloses the identity of an alleged infringer or alleged misuser of the DMCA process works the same way. But subpoena power only comes with pending litigation, so you have to sue first, with a DOE defendant if

necessary, and ask identity questions later."

5. This Court disagrees with that precedent. See related case, Dkt. 91, Page 2, Lines 5-6 ("a section 512(h) subpoena is its own civil case where the sole issue is whether the subpoena should be enforced or not") (quotations omitted). Therefore, pursuant to this Court's preferences, I am filing this petition as a separate action.

6. To obtain this subpoena, I must provide (A) a copy of the DMCA Notification, (B) a proposed subpoena, and (C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under Title 17.

7. A copy of the notice I received from YouTube of the ten offending DMCA Takedowns is hereby attached as **Exhibit A**.

8. A proposed subpoena is hereby attached as **Exhibit B**.

9. A sworn declaration to the effect mentioned above is hereby attached as **Exhibit C**.

10. Wherefore, premises considered, I respectfully pray that this subpoena issue forthwith. So attested on this, the 8th day of September, 2025.

/s/ David Stebbins
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D,
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com



Hi Acerthorn,

Due to a copyright takedown notice that we received, we had to take down the following videos from YouTube:

**Video title:** Creetosis is a Toxic, Lying Sack of Sh*t!
**Video url:** https://www.youtube.com/watch?v=NbI8fwIczFg
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** "Corrections" Series is Cancelled, and Here's Why - #Shorts
**Video url:** https://www.youtube.com/watch?v=QNP4K1nviFA
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** I did it! - Acerthorn Moments - #Shorts
**Video url:** https://www.youtube.com/watch?v=b-7mAYNJAgI
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** I will publicly respond to SidAlpha - Livestream Tomorrow at 3PM CST
**Video url:** https://www.youtube.com/watch?v=hXpCc0wf1dY
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Can't Exit BIOS? Try This Before You Spend Money! #Shorts
**Video url:** https://www.youtube.com/watch?v=sJIsGwDQML8
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Mantitties and Neck Strain - Acerthorn Moments - #Shorts
**Video url:** https://www.youtube.com/watch?v=AIIsgKF4aEc
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** The REAL Reason Behind the "You Didn't Play Enough" Excuse (Livestream Highlight)

**Video url:** https://www.youtube.com/watch?v=t7twKDBnZ5Q
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Livestream Archive - Epic Stalwart Fight
**Video url:** https://www.youtube.com/watch?v=ykYYyJZHeYs
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Playing Dead Rising for the First Time Ever (w/ Yung Bubby)
**Video url:** https://www.youtube.com/watch?v=7EaGYFNImgk
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

**Video title:** Win Free Video Games! Introducing … the Secret Joke Contest!
**Video url:** https://www.youtube.com/watch?v=HGwg6_jp7JM
**Contact info:** nftmofo@gmail.com
**Takedown issued by:** Bibi Faizi

This means that your video can no longer be played on YouTube.

## You received a copyright strike

You now have **3 copyright strikes**. As a result, your account is scheduled to be disabled in 7 days.

VIEW DETAILS

## What to do next

Your channel will remain live for the next 7 days to allow you to seek a resolution and keep your channel up.

- If you believe you're not at fault in one or more of the instances above, you can appeal by submitting a counter notification. Your account will not be terminated while your counter notification is in processing. Keep in mind that there may be severe legal consequences for submitting a counter notification with false information.
- You can also contact the party that removed your video and ask them to