NW ARKANSAS AR 727

9 SEP 2025 AM 1 L

US District Court
450 Golden Gate Ave
San Fransisco, CA 94102

David Stebbins
123 W. Ridge Ave.
Apt D
Harrison, AR 72601

RECEIVED
SEP 12 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

