

RECEIVED
SEP 15 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

in re DAVID STEBBINS ) Case No. CV25 80278 MISC SK
    Petitioner )
 )
 )

### AFFIDVAIT OF DAVID STEBBINS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following

1. I attest that the purpose for seeking this subpoena is to obtain the identity of the defendant John Doe, d/b/a Bibi Faizi.

2. I declare under penalty of perjury that to my knowledge the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under title 17 USC § 100, et seq. So attested on this, the 8th day of September, 2025.

/s/ David Stebbins
David Stebbins

David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| in re DAVID STEBBINS<br>　　　Petitioner | Case No. _____ |

## MOTION TO RELATE CASE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Relate Case in the above-styled action.

1. This case is related to Case 3:22-cv-00546-JSW in this district. Please acknowledge this and assign it to Judge White.

So attested on this, the 8th day of September, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D,
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

Case 3:25-mc-80278-SK   Document 2   Filed 09/15/25   Page 3 of 3