UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re. David Stebbins,<br><br>    Petitioner. | Case No. 25-mc-80278-SK<br><br>**ORDER DENYING MOTION TO DISQUALIFY AND DENYING MOTION TO VACATE ORDER**<br><br>Regarding Docket No. 5 |

Before the Court is a motion filed by *pro se* petitioner David Stebbins ("Petitioner") to disqualify Judge Trina L. Thompson from this matter and to vacate Judge Trina L. Thompson's order of dismissal. (Dkt. No. 5.) On September 15, 2025, Petitioner filed a petition for subpoena and application to proceed *in forma pauperis*. (Dkt. No. 1.) On September 17, 2025, Judge Thompson granted Petitioner's application to proceed *in forma pauperis* but dismissed the action pursuant to 28 U.S.C. § 1915(e)(2). (Dkt. No. 4.)

Petitioner argues that the order of dismissal should be vacated because Judge Sallie Kim, not Judge Thompson, is assigned to this case. (Dkt. No. 5.) However, on September 17, 2025—when the order of dismissal was filed—no Judge was assigned to this case. At that time, Judge Thompson was acting as the General Duty Judge. The General Duty Judge is designated by the Chief Judge to act for the Court in matters for which there is no assigned Judge. Civ. L.R. 1-5(k). Judge Kim was not assigned to this case until September 19, 2025. In sum, Judge Thompson had authority as the General Duty Judge to dismiss this case on September 17, 2025 because there was not yet an assigned Judge in the case.

Petitioner also argues that his case should have been assigned to Judge Jeffrey White because Petitioner filed a motion to relate the case to *Stebbins v. Alphabet Inc. et al*, 22-cv-00546-JSW. (Dkt. No. 5.) The fact that Petitioner filed a motion to relate did not obligate the Court to

grant his motion to relate.

Lastly, argues that Judge Thompson's order of dismissal was "rife with bias and personal vindictiveness against" him.  (Dkt. No. 5.)  These accusations are unfounded.

**IT IS SO ORDERED**.

Dated: September 30, 2025



SALLIE KIM
United States Magistrate Judge