| | |
|---|---|
| David Stebbins (pro se Plaintiff) | 123 W. Ridge Ave., APT D, Harrison, AR 72601 |
| (870) 212-4947 | acerthorn@yahoo.com |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| in re DAVID STEBBINS | ) | |
| Petitioner | ) | Case 3:25-mc-80278-SK |
| | ) | |

**NOTICE OF APPEAL**

  Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Appeal in the above-styled action.

1. The Court erred in denying the petition.

2. The Court also erred in finding that I was attempting to "sidestep" Judge White's instructions, when in fact, I was doing the complete opposite: I was *complying* with his instructions to the letter.

3. The Court also erred in finding a presumption of bad faith, and even if said presumption was legally valid, it erred in finding that I had failed to overcome that presumption.

  So requested on this, the 6th day of October, 2025.

*/s/ David Stebbins*
David Stebbins
