|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | DEC 16 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

DAVID ANTHONY STEBBINS,

        Petitioner - Appellant,

 v.

UNKNOWN PARTY,

        Respondent - Appellee.

No. 25-6348

D.C. No. 3:25-mc-80278-SK
Northern District of California,
San Francisco

ORDER

Before: CLIFTON, HURWITZ, and BRESS, Circuit Judges.

    After considering the response to the court's November 3, 2025 order, we deny the motion to proceed in forma pauperis (Docket Entry No. 3) and dismiss this appeal as frivolous. *See* 28 U.S.C. § 1915(a), (e)(2).

    No further filings will be entertained in this closed case.

**DISMISSED.**