| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JAN 7 2026 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

Mr. DAVID ANTHONY STEBBINS,

        Petitioner - Appellant,

 v.

UNKNOWN PARTY,

        Respondent - Appellee.

No. 25-6348

D.C. No.
3:25-mc-80278-SK

Northern District of California,
San Francisco

MANDATE

    The judgment of this Court, entered December 16, 2025, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT